## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS

Civil Action Number: 1:19-cv-02483 Guzman

JUAN CARLOS GIL,

     Plaintiff,

vs.

RESTAURANT.COM, INC.,

     Defendant.

---

### NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE AND MOTION FOR ORDER OF DISMISSAL WITHOUT PREJUDICE

---

Pursuant Juan Carlos Gil hereby files this Notice of Voluntary Dismissal Without Prejudice in the above styled case and hereby requests the Court to issue an Order of Dismissal Without Prejudice

WHEREFORE, Plaintiff requests this Honorable Court to enter an Order of Dismissal Without Prejudice

Respectfully submitted on this 3rd day of June 2019.

*s/ Scott Dinin*
Scott R Dinin, Esq.
SCOTT R. DININ, P.A.
4200 NW 7th Avenue
Miami, Florida 33127
Telephone: (786) 786-1333
inbox@dininlaw.com
*Attorney for Plaintiff*

### CERTIFICATE OF SERVICE

The undersigned certifies that on this this 3rd day of June 2019 a true and correct copy of the above has been filed with the Clerk of the Court using the CM/ECF system, which will send the foregoing to counsel for the Defendant:

1

Aaron Horowitz, Esq
Kennith C Chessick
1500 W Shure Drive
Arlington Heights, Illinois 60004
Tel 847-481-5546
*Counsel for the Defendant*

<u>*s/Scott Dinin*</u>