UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| JUAN CARLOS GIL, | Civil Action Number: 1:19-cv-02483 |
| Plaintiff, | **Judge Guzman** |
| vs. | |
| RESTAURANT.COM, INC., | |
| Defendant. | |

**ORDER**

    **THIS MATTER CAUSE** is before the Court on the Plaintiff's Notice of Voluntary Dismissal and Motion for Order of Dismissal and having been duly informed of the matter, it is hereby

    ORDERED AND ADJUDGED, Plaintiff's Motion is GRANTED,

    Dated: June 3, 2019

                                                 Judge Ronald A. Guzman
                                                 United States District Judge

Copies to:
Scott R. Dinin, Esq.
Scott R Dinin, P.A.
4200 NW 7TH Avenue
Miami, Florida 33127
Tel: (786) 431-1333
Email: inbox@dininlaw.com
*Attorney for Plaintiff*

Aaron Horowitz, Esq
Kennith C Chessick
1500 W Shure Drive
Arlington Heights, Illinois 60004
Tel 847-481-5546
*Attorneys for Defendant*